1 MELINDA HAAG (CABN 132612)
United States Attorney

2

3 MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 JAMES C. MANN (CABN 221603)
Assistant United States Attorney

5

6 1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680

7 Fax: (510) 637-3724
E-Mail: James.C.Mann@usdoj.gov

8

9 Attorneys for the United States of America

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-00495 SBA | |
| Plaintiff, ) | STIPULATED REQUEST TO SET CHANGE OF PLEA ON JANUARY 25, 2013 AND ORDER | |
| v. ) | | |
| JUAN JESUS COLON, JR., ) | Date: January 30, 2013 | |
| Defendant. ) | Time: 10:00 a.m. | |
| ) | Court: Hon. Saundra Brown Armstrong | |

The above-captioned matter is set on January 30, 2013 before this Court for change of plea and sentencing. The parties request that this Court vacate that date as to defendant Juan Jesus Colon and set this matter for change of plea on January 25, 2013 at 9:30 a.m. before the Hon. Kandis A. Westmore.

DATED: December 21, 2012

_____/s/_____         _____/s/_____
JAMES C. MANN                           JOHN JAMES JORDAN
Assistant United States Attorney        Counsel for Defendant
Counsel for United States

STIP. REQ. TO SET CHANGE OF PLEA ON JANUARY 25, 2013
No. CR-12-00495 SBA

1   **IT IS HEREBY ORDERED** that this matter as to defendant Juan Jesus Colon is set for
2   change of plea on January 25, 2013 at 9:30 a.m. before the Hon. Kandis A. Westmore.

4   DATED:_12/26/12                              _____
                                                 HON. SAUNDRA BROWN ARMSTRONG
5                                                United States District Court Judge