```
1  JOHN J. JORDAN (CABN 175678)
   400 Montgomery Street
2  Suite 200
   San Francisco, CA  94104
3  (415) 391-4814
   (415) 391-4308 (FAX)
4
   Attorney for Defendant
5  JUAN JESUS COLON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12- 00495-SBA-KAW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA HEARING |
| v. | ) | |
| JUAN JESUS COLON, | ) | |
| Defendant. | ) | Hearing Date: January 25, 2013<br>Time: 9:30 a.m. |

The government and the defendant, Juan Jesus Colon, respectfully request that the Court continue Mr. Colon's change of plea hearing, currently scheduled for January 25, 2013, one court day to January 28, 2013, for the following reasons:

The date presently set for Mr. Colon's sentencing is January 25, 2013, at 9:30 a.m. The defendant asks that the case be continued one court day to January 28, 2013, to finalize preparations for going into custody, as the defendant expects to be remanded into custody immediately after entering his plea of guilty.

In addition, counsel for the defendant has a dental appointment that conflicts with the hearing date of January 25, 2013.

The parties have consulted with the Court's courtroom deputy and determined that

//

//

STIPULATION AND [PROPOSED] ORDER
CR 12-00495-SBA (KAW)

1  January 28, 2013, is an available date for a change of plea hearing in this case.

3  IT IS SO STIPULATED.

Dated: January 22, 2013           MELINDA HAAG
                                  United States Attorney


                                  /s/ James C. Mann
                                  JAMES C. MANN
                                  Assistant United States Attorney

Dated: January 22, 2013

                                  /s/ John J. Jordan
                                  JOHN J. JORDAN
                                  Counsel for JUAN JESUS COLON


     Accordingly, for good cause shown, the Court HEREBY ORDERS that the change of plea hearing in *United States v. Juan Jesus Colon*, currently scheduled for January 25, 2013, is continued to January 28, 2013, at 9:30 a.m.

IT IS SO ORDERED.

Dated: January 23, 2013           KANDIS A. WESTMORE
                                  United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 12-00495-SBA (KAW)                          2